■ In the Matter of the Claim of BEATRICE KAPILIAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to vacate

the order of this court, dated November 4, 1960. Motion granted and order vacated. Time of the appellant to perfect appeal is extended upon condition that appeal be perfected, record, brief and note of issue filed and served on or before August 7, 1961 and be ready for argument at the term of this court to commence September 6, 1961; otherwise motion denied.